The Ætna Brick Company, Respondent, v. P. J. Heaney Company, Appellant.— Judgment and orders affirmed, with costs. All concurred, except Smith, P. J., who dissented.

---

* See Code Civ. Proc. § 841b, added by Laws of 1913, chap. 228.—[REP.
† See Const. art. 1, §§ 1, 6.—[REP.